IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAUN WARRICK, | : | Civil No. 3:23-cv-591 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SECRETARY LAUREL HARRY, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 5th day of April, 2024, upon consideration of Defendant Harry's motion (Doc. 36) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 36) is **DENIED**.

2. Defendant Harry shall **FILE** an answer, or appropriate pretrial motion, in the manner set forth in the Federal Rules of Civil Procedure.

3. The Clerk of Court is directed to **STRIKE** the supplemental amended complaint (Doc. 45) from the record.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge