IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAUN WARRICK,

    Plaintiff

v.

SECRETARY LAUREL HARRY, *et al.*,

    Defendants

Civil No. 3:23-cv-591

(Judge Mariani)

## ORDER

**AND NOW**, this 8th day of May, 2024, upon consideration of the motion (Doc. 20) for summary judgment by Defendants Buelto, Green, Barksdale, and Harrison, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 20) for summary judgment is **GRANTED.**

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Buelto, Green, Barksdale, and Harrison, and against Plaintiff.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(g).

Robert D. Mariani
United States District Judge