**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHAUN WARRICK, | : | Civil No. 3:23-cv-591 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SECRETARY LAUREL HARRY, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this _23rd_ day of July, 2026, upon consideration of Defendant's motion

(Doc. 106) for summary judgment, and in accordance with the Memorandum of the same

date, **IT IS HEREBY ORDERED THAT**:

1.   The motion (Doc. 106) is **GRANTED**.

2.   The Clerk of Court is directed to **ENTER** judgment in favor of Defendant Laurel Harry, and against Plaintiff.

3.   The Clerk of Court is further directed to **CLOSE** this case.

4.   Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(g).

Robert D. Mariani
United States District Judge